IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **01-cv-2521-AP**

**BARBARA J. BERRY,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

---

**ORDER**

---

Kane, J.

This matter is before the Court on Defendant's Motion to Reopen (doc. #17), filed October 19, 2005.  This Court has reviewed the file and considered the motion.  It is hereby

**ORDERED** that the motion is **GRANTED**.  This civil action is reopened for review by the court.

Dated:  October 20, 2005

        BY THE COURT:

        S/**John L. Kane**
        SENIOR JUDGE,
        UNITED STATES DISTRICT COURT