IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-02521-AP

BARBARA J. BERRY,

        Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
CHRISTINE PACHECO-KOVELESKI
7605 Blanton Road
Spotsylvania, VA  22553
(540) 582-3566
E-mail: cpkoveleski@direcway.com

<u>For Defendant</u>:
THOMAS H. KRAUS
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
 (303) 844-0017
E-mail: tom.kraus@ssa.gov

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed: 12/28/01**

    B.    **Date Case Was Remanded Under Sentence 6 of 42 U.S.C. § 405(g): 3/21/02**

    C.    **Date Defendant's Motion To Reopen Was Filed: 10/19/05**

    D.    **Date Answer and Administrative Record Were Filed: 10/19/05**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:  June 16, 2006**

    B.    **Defendant's  Response Brief Due:  July 17, 2006**

    C.    **Plaintiff's  Reply Brief (If Any) Due:  August 7, 2006**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:**  Oral Argument not requested.

    B.    **Defendant's Statement:**  Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 15th day of March, 2006.

                                    BY THE COURT:

                                    S/John L. Kane
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

                                                UNITED STATES ATTORNEY

s/Christine Pacheco-Koveleski             s/Thomas H. Kraus
CHRISTINE PACHECO-KOVELESKI      By: THOMAS H. KRAUS
7605 Blanton Road                              Special Assistant U.S. Attorney
Spotsylvania, VA  22553
Telephone:  (540) 582-3566                  *Mailing Address:*
E-mail:  cpkoveleski@direcway.com      1961 Stout St., Suite 1001A
                                                 Denver, Colorado  80294
Attorney for Plaintiff                              Telephone:  (303) 844-0017
                                                 E-mail:  tom.kraus@ssa.gov

                                                 *Street Address:*
                                                 United States Attorney's Office
                                                 1225 Seventeenth Street, Suite 700
                                                 Denver, Colorado  80202
                                                 Telephone:  (303) 454-0100

                                                 Attorney for Defendant